PEOPLE v. SANTANELLO. (Supreme Court, Appellate Division, First Department.

January 27, 1911.) Proceeding by the People of the State of New York against Frederick C. Santanello. No opinion. Motion granted. Case set down for January 31st.

PEOPLE, Respondent, v. SARRO, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Proceeding by the People of the State of New York against Gustavo Sarro. No opinion. Judgment of conviction of the County Court of Nassau County affirmed.